1
2
3
4
5
6
7
8

JS-6

9          UNITED STATES DISTRICT COURT

10     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

| | |
|---|---|
| 12 HARBOR FREIGHT TOOLS USA, INC., | CASE NO. 2:19-CV-09454-MWF-E |
| 13          Plaintiff, | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |
| 14     vs. | |
| 15 VEHICLE SERVICE GROUP, LLC, | Judge:  The Hon. Michael W. Fitzgerald |
| 16          Defendant. | Complaint Filed:   November 1, 2019 |
| 17 | Trial Date:        None Set |

18          Pursuant to the parties' Joint Stipulation of Dismissal, the Court hereby orders
19  that the above-captioned matter, including all claims and counterclaims, is dismissed
20  in its entirety with prejudice and with each side bearing its own attorneys' fees and
21  costs.

22          **IT IS SO ORDERED.**

23

24  DATED:  June 25, 2020                    _____

25                                          MICHAEL W. FITZGERALD
                                            United States District Judge
26

27

28